IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**HOWARD JACKSON**                                                                              **PLAINTIFF**

V.                                                            CIVIL ACTION NO.: 3:23-cv-296-KHJ-LGI

**UNITED PARCEL SERVICE and**
**SCOTTY CARPENTER**                                              **DEFENDANTS**

**COMPLAINT**
**JURY TRIAL DEMANDED**

**COMES NOW** the Plaintiff, Howard Jackson, by any through his counsel, and files this action to recover damages for violations of his rights under Title VII of the Civil Rights Act of 1964, as amended, and 42 U.S.C. § 1981, as amended, against the Defendants, United Parcel Service and Scotty Carpenter. In support of this cause, the Plaintiff would show unto the Court the following facts:

**PARTIES**

1. The Plaintiff, Howard Jackson, is a black, adult male resident of Hinds County, Mississippi, whose mailing address is 6218 Berrywood Drive, Jackson, Mississippi 39213.

2. The Defendant, United Parcel Service, (hereinafter "UPS") is an Ohio corporation licensed and doing business in the State of Mississippi at 200 Marketridge Drive Ridgeland, Mississippi, 39157. Defendant may be served with process through its registered agent, Corporation Service Company, 109 Executive Drive, Madison, Mississippi, 39110.

3. The Defendant, Scotty Carpenter, is an adult resident of Rankin County, Mississippi. He can be served with process at his residence at 2921 Star Rd. Florence, Mississippi or where he can be found.

## JURISDICTION AND VENUE

3. This Court has federal question and civil rights jurisdiction and venue is proper in this court. A true and correct copy of Plaintiff's Notice of Right to Sue is attached hereto as Exhibit "A." Plaintiff received said letter on February 8, 2023.

## STATEMENT OF THE FACTS

4. Defendant hired Plaintiff in 1979 as a package driver.

5. Since said hire Plaintiff has never been reprimanded neither written nor verbal.

6. In 2022 United Parcel Service relocated its warehouse from Jackson, Mississippi to Ridgeland Mississippi. As such all runs now originated from Ridgeland, Mississippi. Further manager, Scotty Carpenter became the supervisor for all package drivers.

7. Upon the relocation, Mr. Carpenter, drastically changed the Plaintiff's defined bid route by more than 70 percent to areas in Jackson, Mississippi riddled with crime. However, Mr. Carpenter did not change the bid route of similarly situated white drivers. This drastic change caused Plaintiff significant harm because of the physical demands and mental stress of having to learn several new routes in high crime areas. Plaintiff filed a grievance with his local union on May 4, 2022, regarding the issue.

8. As a result, the UPS gave the Plaintiff his original bid route. After filing the grievance, Carpenter began to harass the plaintiff and several other black drivers. Specifically, on August 2, 2023, Mr. Carpenter denied Plaintiff and two other drivers access to a general employee ice machine during 95-degree weather. However, white drivers were not denied access to the general ice machine. As a result Plaintiff filed a grievance with his local union on August 5, 2022.

9. Further, on August 25, 2022, Plaintiff filed another grievance against Mr. Carpenter for harassment and retaliation. The union ruled on each grievance on October 31, 2022, ordering Mr. Carpenter to treat Plaintiff with dignity and respect at all times and further, limiting any communication to business only issues.

10. Since said order, Scotty Carpenter has continued to harass the Plaintiff by following him into the bathroom and staring at him in an attempt to intimidate him.

11. Further Plaintiff has witnessed Scotty Carpenter use derogatory words such as "nigger." This incident was reported to UPS, however nothing was done to reprimand Mr. Carpenter.

12. As a result of the actions of Carpenter and the inactions of UPS Plaintiff was forced to take leave because of the physical demands and mental stress of being harassed and discriminated against because of his race (black).

## CAUSES OF ACTION
### COUNT ONE -VIOLATIONS OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, AS AMENDED, AND 42 U.S.C § 1981

13. Plaintiff incorporates the above paragraphs 1 through 12 as though specifically set forth herein.

14. Plaintiff has been discriminated against in the terms and conditions of his employment on the basis of his race.

15. Plaintiff has suffered adverse employment action as a result of the Defendants' discriminatory treatment of Plaintiff.

16. Plaintiff has been harmed as a result of the Defendants' discrimination, and the Defendants are liable to the Plaintiff for the same.

17. The acts of the Defendant constitute a willful intentional violation of Title VII and 42 U.S.C. § 1981 and entitle Plaintiff to recovery of damages, both compensatory and punitive in nature.

18. As a direct and proximate result of the acts and omissions of Defendants described above, Plaintiff has suffered lost wages and benefits and other pecuniary loss as well as deep pain, humiliation, anxiety, and emotional distress.

19. Plaintiff is allowed to recover all lost wages, salary, employment benefits or other compensation denied to him as well as actual monetary losses sustained by Plaintiff as a result of the violation.

20. Plaintiff is further entitled to interest on the amounts owed to him as well as liquidated damages in an amount equal to that owed to him.

22. Plaintiff is further entitled to such equitable relief as may be appropriate, including employment and reinstatement to the same or equivalent or even a modified position.

23. Plaintiff further requests that the Court award a reasonable attorney's fee, reasonable expert fee, and other costs of the action to be paid for by the Defendants.

## PRAYER FOR RELIEF

**WHEREFORE PREMISES CONSIDERED,** Plaintiff respectfully prays that upon hearing of this matter by a jury, the Plaintiff be granted the following relief in an amount to be determined by the jury:

1. Back pay;
2. Compensatory damages;
3. Punitive damages;
4. Attorney's fees;
5. Costs and expenses; and
6. Any other relief to which he may be properly entitled.

This the 8th day of May, 2023.

        HOWARD JACKSON,
        PLAINITFF,

        By: /s/Rafael Green_____
            Rafael R. Green, MSB#104715

OF COUNSEL:

GILMER & GREEN LEGAL GROUP, PLLC
Post Office Box 1668
Jackson, Mississippi 39215
Telephone: (769) 208-8122
Facsimile: (769) 235-6265